May it please the court, both parties in the lower court agreed that in case of first impression on how to interpret U.S. Postal Service Notice 296, the spectrum suggests and urged that the lower court simply misapplied the law to this case. The lower court applied the law relating to IRS Form 733, which is very clear that in order to collect or reclaim against the government, one must have a written contract with specificity. Truthfully enough, Form 296 should not and cannot be applied in that manner. Should not because we are in an age of terrorism and there is not time with respect to the posting of a reward for the capture or determination of a person to negotiate with some postal service while legal. My client reacted within five days of the posting of the notice on the internet and it's crucial that the matter go forward rapidly. There is no doubt about what the law of 733 is because that is an established collection of a reward from the Internal Revenue Service on the information delivered to achieve the repayment of taxes. With the payment of taxes, it's a percentage amount. But if we look at the text of 296, which is in page 54 of the appendix, there are no calibrations in there such as in 733, which gives percentages of amounts. In fact, the requirement to establish a claim under 296 involves a set of criteria in General Provision 2, which cannot have happened at that point. This is an after-the-fact consideration of what was the value. And with respect to the after-the-fact, the court simply refused an apple for an orange. In our case, the appellate provided information and a whole series of communications with the government and requested that there be discussion, but there wasn't. There has never been a negotiation with the government as required. But the interesting thing is that 296 works very well if it's properly applied because 296 is essentially a bifurcated system, bifurcated in the sense that the amount of the reward is determined after the fact of the resolution of the issue, not different from a regular court case where the amount of an attorney's fee when allowed by the court is determined as a separate independent procedure after the determination of the outcome of the case. How much do you think their client's entitled to? 2.5? That is a matter of secondary judgment. My client put his life into this. My client is a philatelist. He hadn't had that expertise with his lifetime. So suppose we were to say we agree with your position and this should go back to the court of arguments. What's the court of arguments supposed to do then? If you agree with our position, then of course it's up to us to prove the case, to prove that he in fact did provide for it. Supposedly, a contribution is established. And what's the court supposed to do? How's it supposed to figure out what the right amount is? Well, that's going to be a very interesting thing. And the question is, has any suggestion been made? What was the offer? Well, the offer was to an admin. So you get the question, why should it not be to the amount of the offer? Again, in a reward case, it's like... Wasn't the offer up to... Yes, it was. But to say that there's nothing in this illusory matter is poor faith on the part of the government to its citizens. Up to simply means it can be any amount within that range. Well, the range is between zero and two and a half million. If the information that was provided maybe helped a tiny little amount, but really the breakthrough result came from some other matter, then maybe it'll only be $100. That is true. If solving the case was incidental to this service, yes. But if we look at the Amerifax Investigative Survey, which was published in February of 2010, the FBI sets forth a whole series of pieces in there as to how they reached a conclusion which were identical to the information given by my client some time ago. But the hard truth is... I'm not sure the federal government's supposed to figure out what the right amount to award is since it's between zero and two and a half million. Well, that's going to be the challenge with reference to any case under 296. And I don't think that element of our process has been developed. Now, if you say, Chevron Everest, if there's someone who has some expertise, that might be the way to go. That's another issue. Our position here is that the person stocking the decision may be a problem with this, but unless there's a standard that the court can apply, it's an illusory promise and there's no way to enforce it. And so what's the standard? Well, the standard would have to be determining the causal effect of what information was provided as it reached a conclusion. Now, interestingly enough, again, the FBI spent most of its energy chasing down, trying to find the source of the anti-fax power. And believe it or not, that in and of itself has yet to be accomplished. It's never been totally decided that, yes, that was it. However, it has been decided and ruled upon by the FBI that the information given by the appellate here did, in fact, lead them to Bruce Adams. It's determined as a matter of fact that Bruce Adams mailed those letters and those envelopes, and the only way that the government was able to discover that was through the contribution of my client. How do you go about that? It's a special expertise. And it's Solomon's judgment there as to how the numbers should be arrived at. I'm not that biased. Let's say 50-50. He's right. But in any event, you cannot say that a person should not go to the homes, doctor. You cannot say someone should not be awarded anything because there's no amount set for them. It will take Solomon's judgment as to how much that was. And that, of course, would be subject to review. We looked at the good faith of our government. You mentioned that the Bureau had determined that it was information from your client that eventually led the Bureau to conclude that it was Dr. Adams who had sent out these envelopes. That's correct. What's the basis? How does the Bureau actually stand with your client? Yes, it's in the Ametrak's investigative survey, which is in the appendix on pages 103 to 110. Elements that they said, well, this is how we found the man. And then we put in there the very same information that had been provided to the FBI. Oh, I see. But I didn't know about that. You're deducing that. Well, yes, deducing that. But that doesn't mean your client is not mentioned in them. No. I have to say, I've been at this for quite a while, the government is very much of the mind not to pay anything. So if there's any way to avoid that, it appears that's what they will do. So no, there are no directs. But when it's the same language and nowhere else could find it or come from, it's a reasonable conclusion that it came from my client, particularly when they're written documents. All of which incidentally were received by the government. I might add that here we have a unilateral contract. We say the posting of a reward notice is an honor. The providing of the information is the acceptance. And that's sufficient for purposes of reaching the conclusion that my client's entitlement would be paid. Now, there is an exception to the rule, as I'm sure you're well aware, of arrest and conviction. Fundamental law 296 says that the information must lead to the arrest and conviction of the perpetrator. Here, there was no arrest and conviction. Why? We say because he was resisting arrest, which is one of the conditions down here as to an exception of why you don't have an arrest and conviction. He pulled the ultimate crime of committing suicide to avoid resisting arrest. Now, in the FBI's process, we didn't know that. But the FBI's report, the same investigative survey system, Bruce and I knew they were coming to get him when he committed suicide. So if that's not resisting arrest in kind of the quintessential way, I don't know what is. It's the ultimate resisting arrest. So we say we fall a lot under that exception. Yes, sir. Thank you. Thank you, Mr. Porter. The trial for a probably convicted criminal is in place. Okay. My question, perhaps, here is a little bit closer to United States General Commission 2, which is page 4 of the Court of Unsustainment. It says the amount of information the court will take on the significance of the service is under the agenda of the standards on self-defense. My first question is why isn't that a sufficient standard for the Court of Federal Claims to determine the amount of the award? Because the amount of the award by virtue of the poster is discretionary by the postal service. There's no clarity. The court probably identified it because of its role as counsel. There's no standard by which the Court of Federal Claims could determine what amount to be awarded. Well, it looks like the award goes up to $2.5 million, and the criteria for the amount or the criteria that it's set for is not sufficient. Is that a loser in crime? Is the standard sufficient to enable the court to determine what the amount is worth? It is still not sufficient. It's more specific. It says it's more specific and definite, but it's still not specific and definite enough. Because, like this case, it's still up to a million, which could be zero. The fact that it doesn't specify the amount. Okay, suppose that Mr. Golding actually called up the police and said, I just saw this. I saw the whole thing. I saw there's a name, there's a threat. I saw he got the gun, go in, you can catch him right now. And then he testified at trial, helping the government totally commit the person, imprison him, he's prosecuted, convicted. The government can say, oh, here's $2.5 million. We decided zero is appropriate. I mean, they're clearly having an abusive separation. No, because the record of the definite comes from both sides, both parts of the poster. It's not just providing the amount of money of $2.5 million, but also the assets provided. In the examples that you provided, the amount of money is still illusory. But they fulfilled the first half of the... I'm not sure the amount of money is illusory. The government were to admit in a litigation, well, then I just articulated my idea of government, which is they never would have found him but for Mr. Goldman, for example. Then I don't see how the government could get off the hook for getting a whole $2.5 million. Well, I mean, the terms of the poster provide that the amount of money rewarded would be a significant subservient to the character of the offender. So there may be other information in that fashion. It should be discounted for the amount of time spent. But as I understand these prior cases that we saw, none of them had a provision like that on Provision 2. Am I correct about that? Is there a Provision 2 of the... I believe it's also 296. It's at page 4 of the court file. That's the amount that we base, the program that I just read, that the amount that we base money. Yeah. There wasn't a provision like that in the prior case. It just said up to a certain amount. Is that correct? That's what I'm trying to get at. Right. So this is a different case in the sense that we have General Provision 2, which says where some standards were determined before. So the other case is distinguishable in that respect. The question then is whether General Provision 2 provides enough of a standard to make it enough. That's correct, Your Honor, and General Provision 2 does not provide enough because it's based on the discretion of the Postal Service. And in this case, based on the letters that Mr. Goldman committed to the Postal Service that are part of the record, the Postal Service concluded that the information was obvious. Where does it say discretion of the Postal Service? It says – well, I think she's referring to the CFR, which the Postal Service is based upon. The Postal Service – Where is the CFR? Is the CFR in the brief? No, this isn't because she wasn't briefed before it happened. What does the CFR say? The 39 CFR is Section 233.2, which is the basis for Poster 296 and all the various permutations. And the Postal Service says specifically. The decision as to whether a reward shall be paid and the amount thereof shall solely be within the discretion of the Chief Postal Inspector or his delegate, and the submission of information or claim of a reward shall not establish a contractual right to receive any reward. That's actually – But that language doesn't appear in the reward post itself. It does not, but – So how is somebody supposed to know that it's a situation that depends on the absolute discretion of the Postal Service? Well, I mean, the language that Mr. Golding relied upon to obviate our second argument, which is that no one registered or convicted doesn't apply in the poster itself, and he was able to find that for his claim. So, I mean, the poster makes it clear that it's based upon the regulation. Where is the CFR? I apologize, Mr. Senior. I totally didn't – I didn't try to – No. I think it's not. If in this case you had arrested the suspect convicted in all four, would Mr. Golding be sent to in-concentration?   I would be sent to in-concentration. Because I understand – Well, if in fact this complaint is true. Yes. Had – So there shouldn't have been a dismissal in that case. Had Mr. – He would not have been entitled to the amount of contract loss, but it's my understanding that if in fact this complaint are true and Mr. – someone had been arrested or convicted, the Postal Service wouldn't have refused to pay merely on the grounds of contract loss. But that's not the fact of this case. Again. I'm not understanding your answer. My question was, if the perpetrator had not died, but rather had been arrested, because I really thought that that's what the community in the lower court position hinged upon, would he then have been entitled to compensation? I think you're correct. This is the lower court. Both felons – both felons – Okay. Both felons would not have mined contracts and the secondary plaintiff was not arrested or convicted. Senator, is your view that the only way there could be a viable contract that would be to follow – I think you've probably just made the allusion to some of those – both of those IRS cases where someone provides information, then they come in and there's a negotiation with the agency, and then the agency agrees to provide a specific dollar amount? I think that's one way that could be done. The other way is the way that's established in this court case, is that in the third building site, where there is a specific and definite unilateral contract. We don't – You don't have that here. We don't have that here, but that in those circumstances were, bring us John Surratt and we'll give you $10,000. If there was – $10,000. Right. That's why I'm going to take this down. Well, suppose it said, bring us Surratt and we'll give you up to $10,000 depending on your contribution if it's arrested. Well, that wouldn't be an unilateral contract. And so – Then it wouldn't be – There's no standard that could be specific enough to make it enforceable. I mean, there – other than arrest and conviction. In those – under those facts, it's not sufficient proof. You're saying that in that case, if the person brought in Surratt, he would be making an offer. And the government would accept the offer by taking Surratt. I mean – Yeah, but I'm just changing the fact to say that – to say up to $10,000 and that the amount of the reward would depend on the contribution that is made to ultimately securing his arrest and conviction. That's not sufficiently specific. I'm not sure. I would say it is, but not in the case law that you're saying, Your Honor. Well, except the case law doesn't consider that. I thought you said the case is – well, it's just up to. They don't provide any standard for the amount. Here, we have standard for the amount. The question is whether the standard is too vague or too uncertain. But at least we have standard here, which there wasn't in the earlier case, right? That's fair. If you don't have any further questions, we would have to defer and make a motion. Well, in fact, the main point is that the case is supposed to be a prank. So what the standard is and how it's going to be handled will have to be developed under the law. Now, we just asked the court to give us the right to go back and present the case, the perfect case, and achieve justice. And the reason that the government says there's no contract is no, there was no contract under IRS form 733. But there is a contract under 296, just as the court ruled in Wells Fargo. There can be a unilateral contract. The offer was made. The services were rendered. It's arguable as to what the value was, but that's a secondary procedure. This is a bifurcated system, not a safer system. And we thank you for your attention. All rise. The Honor quits adjournment tomorrow morning at 10 a.m. Thank you.